UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13
JOSEPH G. POWERS
LINDA M. POWERS                             CASE NO. 08-73231

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**  **Green Tree Servicing LLC**           **Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account:

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2573.76 (Per creditor's proof of claim) |
|  | + 300.00 (Per allowed cost of collection) |
| Total | $2,873.76 |
| Amount Paid by Trustee | $2,873.76 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐    Thru the Chapter 13 Plan          ☒    Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  2/5/2014                          /s/Lydia S. Meyer
                                                                    Lydia S. Meyer, Trustee
                                                                    308 W. State St., Suite 212
                                                                    Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 5th Day of February, 2014.

Dated:  2/5/2014                          /s/Cynthia K. Burnard

GREEN TREE SERVICING LLC
PO BOX 0049
PALATINE, IL 60055-0049

DITECH.COM
PO BOX 205
WATERLOO, IA 50704-0205

GREEN TREE SERVICING LLC
7360 S KYRENE RD T-120
TEMPE, AZ 85283

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

JOSEPH G. POWERS
LINDA M. POWERS
3615 N. LEAF RIVER ROAD
MOUNT MORRIS, IL  61054

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111